JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE AMBRIZ and RAUL AMBRIZ,<br><br>        Plaintiffs,<br><br>vs.<br><br>MTC FINANCIAL, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, OPTIMA FUNDING, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: CV 10-9211 DSF (JCx)<br><br>JUDGMENT |

      The Court having ordered that defendants MTC Financial, Inc. and Federal National Mortgage Association be dismissed by consent of plaintiffs as evidenced by lack of opposition to a motion to dismiss and plaintiffs not having timely responded to an Order to Show Cause re Dismissal for Lack of Prosecution as to the remaining named defendant,

1  IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the
2  action be dismissed without prejudice, and that defendants recover their costs of
3  suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

        4/15/11

Dated: _____     _____
                                        Dale S. Fischer
                                   United States District Judge